IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-00137-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| | ) ORDER |
| v. | )<br>) |
| BRUCE ALLEN CHASE, | )<br>) |
| Defendant. | ) |

This matter is before the court on the Defendant's motion to seal Docket Entry 104 pursuant to Local Criminal Rule 55.2 [DE 105]. For good cause shown, Defendant's motion is GRANTED. The Clerk of the Court is directed to maintain under seal the documents located at DE 104 until further order of the court.

SO ORDERED this 8th day of April, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE